IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:93CR21

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DREW HOWARD BRINSON ) | |

**THIS MATTER** is before the Court upon motion of appointed counsel to claim compensation for more than 25 hours of out-of-court time spent in preparation of the defense of this case; and

**IT APPEARING** to the Court that the motion is reasonable and should be allowed.

**IT IS, THEREFORE, ORDERED** that the motion to claim compensation for more than the maximum of 25 hours is **ALLOWED** and defense counsel may claim compensation in excess of the maximum of $1,000.00 allowed for out-of-court work, subject only to this Court's review of the claim for reasonableness.

THIS the 29th day of November, 1993.

RICHARD L. VOORHEES, CHIEF JUDGE
UNITED STATES DISTRICT COURT