AO 245 S (Rev. 4/90)(W.D.N.C. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of North Carolina

UNITED STATES OF AMERICA

v.

DREW HOWARD BRINSON
    Defendant.

Case Number CR A-CR-93-21-01

FILED
ASHEVILLE, N.C.
94 MAY 10 PM 3:00
U.S. DISTRICT COURT
W. DIST. OF N.C.

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, DREW HOWARD BRINSON, was represented by David Belser.

On motion of the United States the court has dismissed count(s) 1,2,4,5,6,7.

The defendant pleaded guilty to count(s) 3. Accordingly, the defendant is adjudged guilty of such count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 2113(d) | By force and intimidation take money from bank | 10/27/92 | 3 |

As pronounced on May 3, 1994, the defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $ 50.00, for count(s) 3, which shall be due immediately, without interest.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the 10 day of May, 1994

*Terrence W. Hoyle*
United States District Judge

Defendant's SSAN: 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
Defendant's Date of Birth: 3-10-64
Defendant's address: Buncombe County Jail, Asheville, N. C.

AO 245 S (Rev. 4/90)(W.D.N.C. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 4

Defendant: DREW HOWARD BRINSON
Case Number: CR A-CR-93-21-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 20 Years.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

AO 245 S (Rev. 4/90)(W.D.N.C. rev.) Sheet 3 - Supervised Release

Judgment--Page 3 of 4

Defendant: DREW HOWARD BRINSON
Case Number: CR A-CR-93-21-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 60 months.

While on supervised release, the defendant shall not commit another federal, state, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

1. If ordered to the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2. If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervised release.

3. The defendant shall not own or possess a firearm or destructive device.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 4/90)(W.D.N.C. rev.) Sheet 7 - Statement of Reasons

Judgment--Page 4 of 4

Defendant: DREW HOWARD BRINSON
Case Number: CR A-CR-93-21-01

## STATEMENT OF REASONS

The court waived the presentence report in this case and determined that the Defendant's criminal history category is a VI as indicated below.

**Guideline Range Determined by the Court:**
Total Offense Level:
Criminal History Category:                      VI   as determined by the Court at the time of sentencing
Imprisonment Range:                             months to
Supervised Release Range:                    to   years
Fine Range:                                         $ to $
Restitution:                                         $